No. 92–386. FISHER *v.* NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, TAX APPEALS TRIBUNAL, ET

AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.